# UNITED STATES DISTRICT COURT

for the

Western District of NY

Mr. Fargner Silva De Santana,
*Plaintiff*
v.
James T. Bausch in his official capacity as Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement, et al.,
*Defendant*

) Civil Action No. 26-cv-06393-EAW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☒ other: The petition is dismissed without prejudice and the Clerk of Court is directed to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☒ decided by Judge Elizabeth A. Wolford on a motion for n/a dismissing petition without prejudice.

Date: 06/25/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*